*Hammond,* 13 App. Div. 325, and cases therein cited.) All concurred, except Kruse, J., who dissented upon the ground that the answer cannot be stricken out on this motion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. 180 Quart Bottles of Liquor. Garry S. Bacon, Answering, and John H. Wilson, Appearing Specially, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse and Robson, JJ., who dissented upon the authority of *Matter of Huff* (136 App. Div. 297).

Frank S. Elder, Appellant, v. International Railway Company, Respondent. — Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the enforcement of the rule requiring the passenger himself to deposit his fare was unreasonable under the circumstances. Spring, J., not sitting.

Howard W. Alling, Appellant, v. Henry Hirschberg, Respondent.— Judgment affirmed, with costs. All concurred.

Virginia F. Kurtz, Respondent, v. Henrietta Kurtz and Nellie M. Brackett, as Executors, etc., of David C. Kurtz, Deceased, Appellants.— Judgment and order affirmed, with costs. All concurred.

Katherine Correll, Otherwise Katherine Kastenhuber, Appellant, v. Maryette Correll and Others, Respondents.— Judgment affirmed, with costs. All concurred.

John E. Smith, Respondent, v. International Harvester Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Barnet Kahen, Appellant, v. Frank Szczerbacki, Respondent, Impleaded with Rose Szczerbacki.— Judgment of County Court and judgment of Municipal Court reversed, with costs in all courts to appellant. All concurred.

Margaret E. Gates, as Administratrix, etc., of Harry W. Gates, Deceased, Appellant, v. Buffalo, Rochester and Pittsburg Railway Company, Respondent. Order affirmed, with ten dollars costs and disbursements. All concurred.

Morrison H. McMath and Ada H. Kent, as Administrators, etc., of John H. Kent, Deceased, Respondents, v. Stella B. Forbes and Leighton H. Forbes, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to strike case from calendar granted. All concurred, except McLennan, P. J., and Williams, J., who dissented.

Helen Duff, Respondent, v. Village of Avon, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Morris Skurnick, Appellant, v. Sarah Kaletsky, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Thomas Brothers, as Administrator, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

La Clede Manufacturing Company, Respondent, v. Adam F. Gebhard, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Estate of Mary Killan (or Killeen), Late of the City of

Rochester, New York, Deceased.— Motion for reargument denied, with ten dollars costs.